# EXHIBIT A

Skip to Main Content Logout My Account Search Menu New Search Refine Search Back

Location : All Courts

# REGISTER OF ACTIONS
## CASE NO. 2020-2096-B

| | | | |
|---|---|---|---|
| LONGVIEW PARKWAY PLAZA, LLC VS STATE FARM LLOYDS | § § § § § § | Case Type: Date Filed: Location: Judicial Officer: | Suit For Deceptive, Trade Practices & Damages 11/16/2020 124th District Court Charles, Alfonso |

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Lead Attorneys** |
| Defendant | State Farm Lloyds | | **M. MICAH KESSLER** *Retained* 713-781-2889(W) |
| | | | |
| Plaintiff | Longview Parkway Plaza, LLC | | **ROBERT V MONGOLE** *Retained* 713-334-6121(W) |

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**
| | | | |
|---|---|---|---|
| 11/16/2020 | Petition (OCA) | | |
| 11/16/2020 | Civil Case Information Sheet | | |
| 11/16/2020 | Request | | |
| 11/17/2020 | Docket Sheet | | |
| 11/17/2020 | Citation | | |
| | State Farm Lloyds | Unserved | |
| 01/19/2021 | Request | | |
| 01/21/2021 | Citation By Certified Mail | | |
| | State Farm Lloyds | Unserved | Response Received 02/12/2021 |
| 02/12/2021 | Defendant Original Answer | | |

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Longview Parkway Plaza, LLC | | | |
| | Total Financial Assessment | | | 465.50 |
| | Total Payments and Credits | | | 465.50 |
| | **Balance Due as of 02/24/2021** | | | **0.00** |
| | | | | |
| 11/17/2020 | Transaction Assessment | | | 393.75 |
| 11/17/2020 | e-Filing | Receipt # 005408-2020-DC | Longview Parkway Plaza, LLC | (393.75) |
| 01/20/2021 | Transaction Assessment | | | 71.75 |
| 01/20/2021 | e-Filing | Receipt # 000273-2021-DC | Longview Parkway Plaza, LLC | (71.75) |